UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-24079-cv-24079-JEM

FILED BY _____ D.C.

JUL 30 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

RENE MESA

    Plaintiff

-v-

STONELEIGH RECOVERY ASSOCIATES;
CITIBANK N.A., RUDOLPH E. KNEPPER, an individual; STEVEN FUERNSTAHL, an individual;

    Defendants

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice as to all Defendants.

Respectfully submitted July 30, 2014.

### CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, the forgoing document was filed with the Clerk of the Court. I further certify that a true and correct copy of the forgoing was served this day on all counsel or parties of record on the Service List below, by U.S. Mail. .

                                        Respectfully Submitted,

RENE MESA
7014 N.W. 169 St.
Miami, Fl 33015
305-744-6134

## SERVICE LIST

AKERMAN LLP
Guy E. Quattlebaum, Esquire
Florida Bar No. 86185
Noelle P. Pankey, Esquire
Florida Bar No. 044727
E-mail: guy.quattlebaum@akerman.com
E-mail: Noelle.pankey@akeman.com
222 Lakeview Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 653-5000
Facsmile: (561) 659-6313
*Attorneys for Defendant CITIBANK N.A.*

Urban, Their, Federer & Chinnery, P.A.
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
kohlmyer@urbanthier.com
200 S. Orange Avenue, Suite 2000
Orlando, FL 32801
Phone: (407) 245-8352
*Attorneys for Defendant Knepper and Fuernstahl*