UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-24079-cv-24079-JEM

RENE MESA

    Plaintiff

-v-

STONELEIGH RECOVERY ASSOCIATES;
CITIBANK N.A., RUDOLPH E. KNEPPER, an
individual; STEVEN FUERNSTAHL, an
individual;

    Defendants

_____/

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY PROVIDED that the parties have settled all matters herein and have reached agreements on all matters in Plaintiff's Complaint to both parties' satisfaction.

Plaintiff has filed a motion for dismissal with prejudice. The Plaintiff further respectfully requests that the Court stay or postpone any pending deadlines imposed by Order or Rule, so as the court may close all matters.

Respectfully submitted July 30, 2014.

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, the forgoing document was filed with the Clerk of the Court. I further certify that a true and correct copy of the forgoing was served this day on all counsel or parties of record on the Service List below, by U.S. Mail. .

Respectfully Submitted,

_____
RENE MESA
7014 N.W. 169 St.
Miami, Fl 33015
305-744-6134

## SERVICE LIST

AKERMAN LLP
Guy E. Quattlebaum, Esquire
Florida Bar No. 86185
Noelle P. Pankey, Esquire
Florida Bar No. 044727
E-mail: guy.quattlebaum@akerman.com
E-mail: Noelle.pankey@akeman.com
222 Lakeview Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 653-5000
Facsmile: (561) 659-6313
Attorneys for Defendant

Urban, Their, Federer & Chinnery, P.A.
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
kohlmyer@urbanthier.com
200 S. Orange Avenue, Suite 2000
Orlando, FL 32801
Phone: (407) 245-8352
*Attorneys for Defendant Knepper and Fuernstahl*