UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

## Case Number: 13-24079-CIV-MARTINEZ-MCALILEY

RENE MESA,

   Plaintiff,

vs.

STONELEIGH RECOVERY ASSOCIATES,
et al.,

   Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
## ORDER DENYING ALL PENDING MOTIONS AS MOOT

   THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal (D.E.

No. 28).  It is:

   **ADJUDGED** that this action is **DISMISSED with prejudice**.  It is also:

   **ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this

case is **CLOSED**.

   DONE AND ORDERED in Chambers at Miami, Florida, this 31 day of July, 2014.

                 _____
                 JOSE E. MARTINEZ
                 UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record